**SUPPRESSED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CRIMINAL NO. 24-40005-JPG |
| Plaintiff, | ) | |
| | ) | Title 18 |
| vs. | ) | United States Code |
| | ) | Sections 922, 924, 925 |
| | ) | |
| JAMES R. KRAUS, II, | ) | Title 26 |
| | ) | United States Code, |
| Defendant. | ) | Sections 5841, 5861, 5871 |

FILED
FEB 21 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLLINOIS
E. ST. LOUIS OFFICE

### INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
#### POSSESSION OF A FIREARM BY A PROHIBITED PERSON

On or about November 1, 2023, in Effingham County, within the Southern District of Illinois,

**JAMES R. KRAUS, II,**

defendant herein, knowing that he had been convicted of a misdemeanor crime of domestic violence, did knowingly possess a firearm, said firearm having been possessed in or affecting commerce, or which had been shipped or transported in interstate or foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(2).

### COUNT 2
#### ILLEGAL POSSESSION OF A MACHINE GUN

On or about November 1, 2023, in Effingham County, within the Southern District of Illinois,

**JAMES R. KRAUS, II,**

defendant herein, did knowingly possess a machinegun, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

### COUNT 3
#### POSSESSION OF AN UNREGISTERED FIREARM

On or about November 1, 2023, in Effingham County, within the Southern District of Illinois,

**JAMES R. KRAUS, II,**

defendant herein, knowingly received and possessed a firearm, a short-barreled rifle (SBR), not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

### COUNT 4
#### POSSESSION OF AN UNREGISTERED FIREARM

On or about November 1, 2023, in Effingham County, within the Southern District of Illinois,

**JAMES R. KRAUS, II,**

defendant herein, knowingly received and possessed a firearm, a silencer, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

### COUNT 5
#### ILLEGAL IMPORTATION OF A FIREARM

On or about November 1, 2023, in Effingham County, within the Southern District of Illinois,

**JAMES R. KRAUS, II,**

defendant herein, knowingly and without authorization by the Attorney General as provided in 18 U.S.C. § 925(d), imported and brought into the United States, a firearm, that is, a silencer; in violation of Title 18, United States Code, Sections 922(l) and 924(a)(1)(C).

## FORFEITURE ALLEGATIONS

1. As a result of the commission of the offenses described in Counts 1 and 2 of this Indictment, JAMES R. KRAUS, II, defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in any knowing violation of the offenses described in Counts 1 and 2 of this Indictment, including, but not limited to, the below listed items.

2. As a result of the commission of the offenses described in Counts 3 through 4 of this Indictment, JAMES R. KRAUS, II, defendant herein, shall forfeit to the United States, pursuant to Title 48, United States Code, Section 80303, Title 26, United States Code, Section 5872, and Tile 28, United States Code, Section 2461, all firearms and ammunition involved in or used in any knowing violation of the offenses described in Counts 3 through 5 of this Indictment, including, but not limited to, the below listed items.

3. As a result of the commission of the offenses described in Count 5 of this Indictment, JAMES R. KRAUS, II, defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in any knowing violation of the offenses described in Count 6 of this Indictment, including, but not limited to, the below listed items.

The items subject to forfeiture are more particularly described as follows:

a. Talon Industries, model T200, .380 caliber pistol (9mm caliber on frame), serial #07919;
b. Ithaca Gun Co., model M--66 Super Single, 20-gauge serial #156797 and associated parts;
c. Taurus, model Public Defender Judge, .45/410 caliber revolver, serial #CV900371;
d. Springfield Armory, model 1911--Al, .45 caliber pistol, serial #N313828;
e. Ruger model Wrangler, .22 caliber revolver, serial #201-99431;
f. Japanese, model Arisaka Type 99 rifle, unknown caliber, serial #19809;
g. Savage Arms, model Savage Mark II, .22 caliber rifle, serial #417769;

h. Sears, Roebuck and Co, model 200, No. 273.2251, 12-gauge shotgun, serial #P159535;

i. Unknown Manufacturer, Unknown Model, Unknown caliber bolt action rifle, with no visible serial number;
j. Privately made firearm (PMF), 3D printed, Glock-style model, 9mm caliber pistol;
k. PMF, 3D printed, Glock-style, unknown model, .22 caliber pistol, slide marked with Advantage Arms, Inc. Coeur d'Alene, ID USA, L.E.19/23 22 Long Rifle;
l. PMF, Polymer 80 PF9SS, 9mm caliber pistol, with no visible serial number;
m. PMF, 3D printed, Glock-style, unknown model, .22 caliber pistol with no visible serial number, slide marked with Advantage Arms, Inc. Coner d'Alene, ID USA, L.B. 26/27. 22 Long Rifle;
n. PMF, 3D printed, AR-15 style, .22 caliber short-barreled rifle; (SBR), no visible serial number, missing bolt carrier and buffer/spring, with markings FGC15;
o. PMF, AR-15 style, .22 caliber rifle (.223 Wylde barrel), with no visible serial number, receiver has marking of JMT Gen 2;
p. PMF, AR-15 style, .22 caliber (5.56mm barrel) short-barreled rifle (SBR), with no visible serial number;
q. PMF AR-type privately made firearm, no manufacturer markings, no serial number;
r. PMF, 3D printed, AR-15 style, Hoffman Tactical, 5.56mm caliber SBR, with no visible serial number;
s. PMF, AR-15 style, .22 caliber (5.56mm barrel) rifle, with no visible serial number;
t. PMF, 3D printed, AR-15 style, 9mm caliber rifle, with no visible serial number;
u. PMF, AR-15 style, 6.5 Grendel caliber rifle, with no visible serial number, frame marked with JMT Gen 2;
v. Silencer consisting of a cylindrical metal device, no manufacturer markings, no serial number;
w. Silencer consisting of a cylindrical metal device, no manufacturer markings, no serial number;
x. Silencer consisting of a cylindrical plastic device, no manufacturer markings, no serial number;
y. Silencer consisting of a cylindrical oil filter type device, no manufacturer markings, no serial number;
z. Silencer consisting of a 3D printed cylindrical device, no manufacturer markings, no serial number;
aa. Silencer consisting of a 3D printed cylindrical device, no manufacturer markings, no serial number;
bb. Silencer consisting of a 3D printed cylindrical device, no manufacturer markings, no serial number;
cc. Hewlett Packard ProDesk 400 computer serial #2UA626F1S, associated internal memory, thumb drives, and memory cards;
dd. Creality Ender 3 3D printer, serial #30000000000000160681001020167 and associated 3D printer filament;
ee. Firearm manufacturing jigs, drill bits, and drill presses, including: green single stack SS80 jig, Polymer 80 PF9SS box containing jig, Polymer 80 PF940C jig and drill bits, a gray AR-15 style jig, and a black AR-15 style metal jig;
ff. Any and all firearm receivers, including a American Tactical .300 BLK caliber upper receiver;
gg. Any and all ammunition reloading equipment and ammunition components;
hh. Any and all ammunition contained therein or seized therewith.

**A TRUE BILL**

/s/ John Tripi
JOHN D. A. TRIPPI
Assistant United States Attorney

/s/ Rachelle A. Crowe
RACHELLE AUD CROWE
United States Attorney

/s/ FOREPERSON

Recommended Bond: DETENTION